## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GENE P. BONVILLAIN, in his capacity as ASSESSOR for the PARISH OF TERREBONNE, STATE OF LOUISIANA | CIVIL ACTION |
| VERSUS | NUMBER: 09-3540 and Consolidated Cases |
| LOUISIANA LAND & EXPLORATION CO., as entity organized under the laws of a state other than Louisiana and a wholly owned subsidiary of CONOCOPHILLIPS, a Delaware Corporation, DONNA K. LAURENCE, and NANCY DePAUL | SECTION "C" (2)<br>REFERENCE:<br>09-3540, 09-3541, 09-5781,<br>09-5782, 09-5783, 09-5784,<br>09-5789, 09-5790, 09-5793,<br>09-5795, 09-5802 & 09-5803 |

## J U D G M E N T

Considering the Court having granted defendants' motions to dismiss the plaintiff's amended complaints, Record Document No. 464; and,

Further considering the Court having previously granted defendants' motions to dismiss the plaintiff's complaints, Record Document No. 384; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that Civil Actions 09-3540, 09-3541, 09-5781, 09-5782, 09-5783, 09-5784, 09-5789, 09-5790, 09-5793, 09-5795, 09-5802 and 09-5803 be and are hereby DISMISSED with prejudice.

New Orleans, Louisiana, this 28th day of July 2010.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE